# Third District Court of Appeal
## State of Florida

Opinion filed May 20, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1117
Lower Tribunal No. B24-24614
_____

**Arthur Lee Eberhart,**
Appellant,

vs.

**State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Michelle Urbistondo, Judge.

Arthur Lee Eberhart, in proper person.

James Uthmeier, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.